# UNITED STATES DISTRICT COURT
for the
Southern District of California

OCT 2 9 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
)
2420 Enterprise Boulevard )    **19MJ11276**
Building 12, Unit 11 )
Calexico, CA 92231 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

located in the ____Southern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 545, 2320, 1341, 1343 and 371 | Smuggling, trafficking in counterfeit goods, mail/wire fraud, conspiracy |

The application is based on these facts:

See attached Affidavit of HSI Special Agent Paulino Grajeda

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Paulino Grajeda, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/19

_____
Judge's signature

City and state: El Centro, California         Hon. Ruth Bermudez Montenegro, U.S. Magistrate Judge
*Printed name and title*

# **ATTACHMENT A**

## PROPERTY TO BE SEARCHED

The following property is to be searched:

>2420 Enterprise Boulevard
>Building 12, Unit 11
>Calexico, CA 92231
>(hereinafter **Target Location**)

**Target Location** is currently guarded by agents with Homeland Security Investigations (HSI) to preserve the evidence.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Items to be seized include the following:

1. Key fobs and other automotive equipment.

2. Records, envelopes, accounts, correspondence or notes, in any form, regarding the financial transactions of Wilberth Jose Gomez-GOMEZ and Jennifer VERDIN.

3. Indicia of Ownership for 2420 Enterprise Boulevard, Building 12, Unit 11, Calexico, CA 92231.

4. Records, notes, or correspondence, contracts or bids, in any form, related to the purchase or sale of key fobs and other automotive equipment.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other electronic media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).

**which are evidence of violations of Title 18, United States Code, Section(s) 545, 2320, 1341, 1343 and 371.**

# AFFIDAVIT

I, Paulino Grajeda, Special Agent, Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, hereby state as follows

## INTRODUCTION

1. This affidavit supports an application for a warrant to search the following location:

   2420 Enterprise Boulevard
   Building 12, Unit 11
   Calexico, CA 92231
   (hereinafter **Target Location**)

as described in Attachment A, and to seize evidence of crimes, specifically, violations of Title 18, United States Code, Section(s) 545 (smuggling goods into the United States), 2320 (trafficking in counterfeit goods), 1341, 1343 (Fraud) and 371 (conspiracy to commit such violations), as set forth in Attachment B. This search supports an investigation and prosecution of Wilberth Jose Gomez-Gomez (GOMEZ) for the crimes mentioned above. A factual explanation supporting probable cause follows.

## EXPERIENCE AND TRAINING

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am also a federal law enforcement officer within the meaning of Rule 41(a)(2)(C) of the Federal rules of Criminal Procedure. I am authorized under Rule 41(a) to make applications for search and seizure warrants and to serve arrest warrants. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am a Special Agent employed with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI). I have been so employed since April 2017. I am currently assigned to the Assistant Special Agent in Charge (ASAC) office in Calexico, CA. As a Special Agent

1

with HSI, I investigate violations of federal law and other related statues. I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program and the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to joining HSI, I was a Federal Police Officer with the Federal Protective Service and Department of Defense for nine years. In my current position with HSI, my duties include investigating trafficking and smuggling contraband into the United States. During my experience in law enforcement, I have received training in investigating the unlawful importation, and smuggling of various products. My experience includes numerous arrests, searches, and interviews. I have also worked and consulted with many law enforcement officers experienced in smuggling investigations. Through my experience and training, I have gained a working knowledge and insight into the normal operational habits of smugglers, with particular emphasis on those who attempt to import goods into the United States from Mexico through various land border ports of entry.

4. Based upon my experience investigating smugglers and the particular investigation in this case, I believe the **Target Location** holds evidence of counterfeit/stolen goods which were smuggled into the United States. Given this, I respectfully request permission to search the **Target Location** for items listed in Attachment B.

5. The information contained in this affidavit is based upon my experience and training, and consultation with other federal, state, and local law enforcement agents. The evidence and information contained herein was developed from interviews and my review of documents and evidence related to this case. Because this affidavit is made for the limited purpose of obtaining a search warrant for the **Target Location**, it does not contain all the information known by me or other federal agents regarding this investigation, but only contains those facts believed to be necessary to establish probable cause.

## **PROBABLE CAUSE**

6. In February 2018, Homeland Security Investigations (HSI) Calexico, California Special Agents (SAs) initiated an investigation into an illicit smuggling enterprise suspected of illegally importing and commercially distributing large quantities of

counterfeit, stolen, and grey market key fobs into the United States from Mexico. HSI Calexico received a collateral investigation request from HSI Cleveland, Ohio where SAs discovered thousands of key fobs during a search warrant conducted in May 2017, with many of the fobs originally sold from a business enterprise located in Calexico. The enterprise is owned by GOMEZ and Jennifer Verdin (Verdin) and is suspected of distributing the key fobs for sale over the internet and with selected retail partners. Since May 2018, and in conjunction with the HSI Intellectual Property Rights (IPR) Center and Customs and Border Protection's (CBP) Office of Field Operations, HSI Calexico agents have made several seizures related to the case.

7. On May 18, 2018, GOMEZ entered the United States from Mexico via the Calexico East Port of Entry (POE). CBP Officers discovered 100 Ford key fobs in his vehicle. HSI responded to the POE and seized the key fobs as evidence. Ford Motor Company provided HSI with information that identified the key fobs as stolen and/or altered.

8. On May 29, 2018, GOMEZ entered the United States via the Calexico East POE and proceeded to the Pan American Mail Company, 233 Paulin Ave, Calexico, CA 92231 (PAMC). After retrieving several packages, GOMEZ travelled to the **Target Location** and was observed working inside the storage unit.

9. On June 4, 2018, GOMEZ entered the United States via the Calexico East POE and was observed at the **Target Location**. Agents observed GOMEZ working inside the storage unit which contained several mid-sized boxes and packages.

10. On November 1, 2018, GOMEZ entered the United States via the Calexico East POE with several key fobs. When directed to secondary inspection, GOMEZ possessed no documents available to justify the importation of the key fobs or documentation representing them for legitimate business purposes. CBP Officers seized a total of 88 key fobs from GOMEZ including: 52 Mazda, 19 Nissan, and 17 Toyota (11 thin and 6 thick). Photos of these key fobs were sent to their respective manufacturers, who deemed the keys as stolen, altered, and/or grey market goods.

11. On January 23, 2019, Verdin entered the United States via the Calexico West POE and proceeded to the PAMC. After retrieving a box, Verdin travelled to the **Target Location** and deposited the box inside the storage unit.

12. On March 2, 2019, Verdin entered the United States using the Calexico East POE with several key fobs. When directed to secondary inspection, Verdin possessed no documents available to justify the importation of 50 key fobs discovered in her vehicle, or documentation representing them for legitimate business purposes. Verdin abandoned the seized key fobs and CBP Officers released her into the U.S. Agents discovered that the key fobs had a piece of non-factory black electrical tape concealing the "Dodge SRT" trademark.

13. On May 1, 2019, agents received search warrant/financial analysis information from U.S. Postal Inspectors showing that Verdin's main bank account sent around $561,000 and received $1.39 million; GOMEZ's main account sent about $187,000 and received $467,000.

14. Then, on October 28, 2019, GOMEZ entered the United States via the Calexico East POE and proceeded to the PAMC. After retrieving several boxes, GOMEZ travelled to the **Target Location.** Agents approached GOMEZ and asked for his consent to look inside the storage unit. GOMEZ consented to agents looking inside. Agents observed several open boxes containing key fobs and other automotive equipment inside of the storage unit. GOMEZ was subsequently interviewed regarding the key fobs and post-*Miranda*, GOMEZ admitted to importing the key fobs from Mexico and China so he could sell them in the United States for a profit. GOMEZ admitted some of the key fobs he purchased from Mexico were stolen from automotive manufacturing plants.

15. The **Target Location** was secured on or about October 28, 2019, after law enforcement agents observed several counterfeit/stolen key fobs inside. The **Target Location** is currently being guarded by HSI agents to preserve the evidence inside as this search warrant is being submitted.

16. Based on the above information, there is probable cause to believe that a search of the **Target Location** will produce evidence of the aforementioned crimes, as described in Attachment B.

## **CONCLUSION**

17. Based on all the facts and circumstances described above, there is probable cause to conclude that the **Target Location** was used to facilitate violations of Title 18, United States Code, Section(s) 545, 2320, 1341, 1343 and 371.

18. Because the **Target Location** was secured by law enforcement less than 24 hours ago and has been secured by law enforcement agents since then, there is probable cause to believe that evidence of illegal activities continues to exist in the **Target Location**.

19. WHEREFORE, I request that the court issue a warrant authorizing law enforcement agents and/or other federal and state law enforcement officers to search the location described in Attachment A, and the seizure of items listed in Attachment B.

I swear the foregoing is true and correct to the best of my knowledge and belief.

Paulino Grajeda, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 29th day of October, 2019.

The Honorable Ruth Bermudez-Montenegro
United States Magistrate Judge

5

## ATTACHMENT A

PROPERTY TO BE SEARCHED

The following property is to be searched:

>2420 Enterprise Boulevard
>Building 12, Unit 11
>Calexico, CA 92231
>(hereinafter **Target Location**)

**Target Location** is currently guarded by agents with Homeland Security Investigations (HSI) to preserve the evidence.

## **ATTACHMENT B**

## ITEMS TO BE SEIZED

Items to be seized include the following:

1. Key fobs and other automotive equipment.

2. Records, envelopes, accounts, correspondence or notes, in any form, regarding the financial transactions of Wilberth Jose Gomez-GOMEZ and Jennifer VERDIN.

3. Indicia of Ownership for 2420 Enterprise Boulevard, Building 12, Unit 11, Calexico, CA 92231.

4. Records, notes, or correspondence, contracts or bids, in any form, related to the purchase or sale of key fobs and other automotive equipment.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other electronic media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).

**which are evidence of violations of Title 18, United States Code, Section(s) 545, 2320, 1341, 1343 and 371.**